UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TEXAS ENVIRONMENTAL JUSTICE ADVOCACY SERVICES, *et al.*,<br><br>                    Plaintiffs,<br><br>v.<br><br>MICHAEL S. REGAN, in his official capacity as Administrator of the United States Environmental Protection Agency,<br><br>                    Defendant. | No. 1:20-cv-3733 |

**STIPULATION TO CONTINUE DEADLINE
FOR EPA TO SIGN PROPOSED RULES**

Pursuant to LCvR 16.6 and paragraph 6 of the Consent Decree entered in this case (Dkt. No. 26), Plaintiffs, Texas Environmental Justice Advocacy Services *et al.*, and Defendant, the Administrator of the United States Environmental Protection Agency in his official capacity ("EPA"), (together, "the Parties") stipulate to extend the deadlines, set forth at paragraph 2(a) and 3(a) of the Consent Decree, for EPA to sign certain proposed rules and/or determinations by approximately 3.5 months, from December 16, 2022 to March 31, 2023.

1.     Plaintiffs' complaint alleges that the Administrator of EPA failed to undertake non-discretionary duties to review air standards for the Synthetic Organic Chemical Manufacturing Industry ("SOCMI"). As relevant here, Plaintiffs claim that EPA failed to review and, if appropriate, revise by statutory deadlines four New Source Performance Standards ("NSPS") under Clean Air Act section 111(b)(1)(B), and to review, and revise as necessary (taking into account developments in practices, processes, and control technologies) four

1

National Emission Standards for Hazardous Air Pollutants ("NESHAP") under Clean Air Act section 112(d)(6).

2. On February 24, 2022, the Court granted the Parties' motion to enter a Consent Decree to resolve Plaintiffs' claims. Dkt. No. 25. The Consent Decree imposes two sets of deadlines for EPA to take proposed actions. <u>First</u>, for the NSPS for SOCMI under 40 C.F.R. Part 60, Subparts III, NNN, RRR, and VVa, EPA agreed to review and, by no later than December 16, 2022, sign either: (A) a proposed rule containing revisions to the NSPS; or (B) a proposed determination not to revise the NSPS. Consent Decree ¶ 2(a). <u>Second</u>, for the SOCMI source categories regulated under the NESHAP, 40 C.F.R. Part 63, Subparts F, G, H, and I, EPA agreed to sign a proposed rule containing all "necessary" revisions (taking into account developments in practices, processes, and control technologies) to Subparts F, G, H, and I. Consent Decree ¶ 3(a).

3. Paragraph 6 of the Consent Decree provides that "[t]he deadlines set forth in Paragraphs 2–3 hereof may be extended (a) by written stipulation of the Parties with notice to the Court, or (b) by the Court following motion of EPA for good cause shown pursuant to the Federal Rules of Civil Procedure, and upon consideration of any response by Plaintiffs and any reply by EPA." Under paragraph 6, the Parties hereby modify the deadline set forth in paragraphs 2(a) and 3(a) via written stipulation with notice to the Court. The Parties stipulate that the December 16, 2022 deadline shall be extended to March 31, 2023.

4. The Parties agree that continuing the current December 16, 2022 deadline to March 31, 2023 for EPA to sign the proposed rules and/or determinations as noted above is fair and reasonable.

THEREFORE, the Parties stipulate to an extension of the deadline of December 16, 2022 for EPA to sign the proposed rules and/or determinations set forth at paragraphs 2(a) and 3(a) of the Consent Decree to March 31, 2023.

Respectfully submitted,

FOR PLAINTIFFS:

FOR TEXAS ENVIRONMENTAL
JUSTICE ADVOCACY SERVICES, CALIFORNIA
COMMUNITIES AGAINST TOXICS, LOUISIANA
ENVIRONMENTAL ACTION NETWORK, RISE
ST. JAMES, AND SIERRA CLUB

/s/ Kathleen Riley
KATHLEEN RILEY (D.C. Bar No. 1618580)
EMMA CHEUSE (D.C. Bar No. 488201)
ADAM KRON (D.C. Bar No. 992135)
EARTHJUSTICE
1001 G Street NW, Suite 1000
Washington, D.C. 20001
(202) 667-4500 ext. 5227 or 5220
kriley@earthjustice.org
echeuse@earthustice.org
akron@environmentalintegrity.org

FOR THE ENVIRONMENTAL INTEGRITY
PROJECT

/s/ Eric Schaeffer
ERIC V. SCHAEFFER
1000 Vermont Avenue NW, Suite 1100
Washington, D.C. 20005
(202) 263-4440
eschaeffer@environmentalintegrity.org

FOR DEFENDANT:

TODD KIM
Assistant Attorney General
Environment and Natural
Resources Division
U.S. Department of Justice

/s/ Elliot Higgins
ELLIOT HIGGINS
U.S. Department of Justice
Environment and Natural
Resources Div.
Environmental Defense Section
Washington, D.C. 20044
(202) 598-0240
elliot.higgins@usdoj.gov