UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| TEXAS ENVIRONMENTAL JUSTICE ADVOCACY SERVICES, *et al.*, | ) ) ) ) |  |
| Plaintiffs, | ) ) ) |  |
| v. | ) ) ) | No. 1:20-cv-3733 |
| MICHAEL S. REGAN, in his official capacity as Administrator of the United States Environmental Protection Agency, | ) ) ) ) ) ) |  |
| Defendant. | ) ) |  |

**JOINT STATUS REPORT**

Pursuant to the order of this Court, Minute Order (Sept. 12, 2023), Plaintiffs, Texas Environmental Justice Advocacy Services *et al.*, and Defendant, the Administrator of the United States Environmental Protection Agency in his official capacity ("EPA"), (together, "the Parties") hereby provide an update on the status of the EPA's compliance with the requirements set forth at Paragraphs 2(a) and 3(a) of the Consent Decree, as modified by the Parties' stipulation filed on October 31, 2022.

1.  Plaintiffs' complaint alleges that the EPA failed to undertake non-discretionary duties to review air standards for the Synthetic Organic Chemical Manufacturing Industry ("SOCMI"). As relevant here, Plaintiffs claim that EPA failed to review and, if appropriate, revise by statutory deadlines four New Source Performance Standards ("NSPS") under Clean Air Act section 111(b)(1)(B), and to review, and revise as necessary (taking into account developments in practices, processes, and control technologies) four National Emission Standards for Hazardous Air Pollutants ("NESHAP") under Clean Air Act section 112(d)(6).

1

2. On February 24, 2022, the Court granted the Parties' motion to enter a Consent Decree to resolve Plaintiffs' claims. Dkt. No. 25. The Consent Decree imposes two sets of deadlines for EPA to take proposed actions. <u>First</u>, for the NSPS for SOCMI under 40 C.F.R. Part 60, Subparts III, NNN, RRR, and VVa, EPA agreed to review and, by no later than December 16, 2022, sign either: (A) a proposed rule containing revisions to the NSPS; or (B) a proposed determination not to revise the NSPS. Consent Decree ¶ 2(a). <u>Second</u>, for the SOCMI source categories regulated under the NESHAP, 40 C.F.R. Part 63, Subparts F, G, H, and I, EPA agreed to sign a proposed rule containing all "necessary" revisions (taking into account developments in practices, processes, and control technologies) to Subparts F, G, H, and I. Consent Decree ¶ 3(a).

3. The deadlines set forth in paragraphs 2(a) and 3(a) of the Consent Decree were extended via written stipulation. ECF No. 29. The initial December 16, 2022 deadlines were extended to March 31, 2023. *Id.*

4. EPA complied with the extended deadlines. On March 31, 2023, EPA signed a Notice of Proposed Rulemaking that included the proposed actions set forth in paragraphs 2(a) and 3(a). The Notice of Proposed Rulemaking was published in the Federal Register on April 25, 2023. *See* New Source Performance Standards for the Synthetic Organic Chemical Manufacturing Industry and National Emission Standards for Hazardous Air Pollutants for the Synthetic Organic Chemical Manufacturing Industry and Group I & II Polymers and Resins Industry, 88 Fed. Reg. 25080-01 (Apr. 25, 2023).

5. The next obligation set forth in the Consent Decree is for EPA to finalize the proposed actions. Consent Decree ¶¶ 2(b), 3(b). EPA intends to discharge its obligation by the March 29, 2024 deadline.

| | Respectfully submitted, |
|---|---|
| FOR PLAINTIFFS: | FOR DEFENDANT: |
| FOR TEXAS ENVIRONMENTAL JUSTICE ADVOCACY SERVICES, CALIFORNIA COMMUNITIES AGAINST TOXICS, LOUISIANA ENVIRONMENTAL ACTION NETWORK, RISE ST. JAMES, AND SIERRA CLUB | TODD KIM<br>Assistant Attorney General<br>Environment and Natural<br>Resources Division<br>U.S. Department of Justice |

FOR PLAINTIFFS:

FOR TEXAS ENVIRONMENTAL
JUSTICE ADVOCACY SERVICES, CALIFORNIA
COMMUNITIES AGAINST TOXICS, LOUISIANA
ENVIRONMENTAL ACTION NETWORK, RISE
ST. JAMES, AND SIERRA CLUB

*/s/ Kathleen Riley*
KATHLEEN RILEY (D.C. Bar No. 1618580)
ADAM KRON (D.C. Bar No. 992135)
EARTHJUSTICE
1001 G Street NW, Suite 1000
Washington, D.C. 20001
(202) 667-4500 ext. 5227 or 5220
kriley@earthjustice.org
akron@environmentalintegrity.org

FOR THE ENVIRONMENTAL INTEGRITY
PROJECT

/s/ *Eric Schaeffer*
ERIC V. SCHAEFFER
1000 Vermont Avenue NW, Suite 1100
Washington, D.C. 20005
(202) 263-4440
eschaeffer@environmentalintegrity.org

FOR DEFENDANT:

TODD KIM
Assistant Attorney General
Environment and Natural
Resources Division
U.S. Department of Justice

*/s/ Elliot Higgins*
ELLIOT HIGGINS
U.S. Department of Justice
Environment and Natural
Resources Div.
Environmental Defense Section
Washington, D.C. 20044
(202) 598-0240
elliot.higgins@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that that a copy of the foregoing was served on all counsel of record by the Court's ECF system on September 28, 2023.

                                                                */s/ Elliot Higgins*